UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| VERYL SWITZER, et al. | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| | * | CIVIL ACTION NO. 06cv1231 (RJL) |
| v. | * | |
| | * | |
| AWB LIMITED, et al. | * | |
| | * | |
| Defendants. | * | |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), and noting that the Defendants in this matter have not yet been served and therefore have not filed an Answer or a Motion for Summary Judgment, the Plaintiffs hereby dismiss without prejudice this case.

Respectfully submitted,

THE LAW FIRM OF L. PALMER FORET, P.C.

By:

L. Palmer Foret, Esquire
D.C. Bar No. 260356
1735 20th Street, N.W.
Washington, DC 20009
(202) 332-2404 (Telephone)
(202) 332-2808 (Facsimile)
*Counsel for Plaintiffs*

EDMOND & JONES, LLP

Roderick E. Edmond, Esquire
GA Bar No. 399476
Craig T. Jones, Esquire
GA Bar No. 399476
127 Peachtree Street, NE, Suite 410
Atlanta, Georgia  30303
(404) 525-1080
*Counsel for Plaintiffs*
(to be admitted pro hac vice)

_____
Richard J. Leon
United States District Judge